THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JOHNSON, Appellant. [20 NYS3d 887]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J., at hearing; Michael J. Obus, J., at plea and sentencing), rendered December 6, 2012, convicting defendant of two counts of criminal possession of a weapon in the second degree, and sentencing him to concurrent terms of 3½ years, unanimously affirmed.

The court properly denied defendant's suppression motion. The hearing court, which had the advantage of seeing and hearing the arresting officer testify, credited his account of the incident, and we find no basis for disturbing that determination (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The events described by the officer were not so inherently implau-

sible as to warrant a different conclusion. Concur—Mazzarelli, J.P., Acosta, Moskowitz and Richter, JJ.